IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID K. BROYLES, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-08-02320 |
| § | |
| STATE OF TEXAS, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum and Order of March 31, 2009, the federal law claims are dismissed with prejudice and the state statutory claims are dismissed without prejudice.

SIGNED on July 2, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge